

# MEMORANDUM OPINION

No. 04-08-00345-CV

**UVALDE COUNTY HOSPITAL AUTHORITY** d/b/a Uvalde Memorial  Hospital,
Appellant

v.

Peggy **GARCIA** as next Friend of Elvira Mirelez and Amistad Nursing Home, Inc.,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 07-03-25,716-CV
Honorable Henry G. Schuble, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
                Rebecca Simmons, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  October 1, 2008

DSIMISSED

Appellant has filed an unopposed motion to dismiss this appeal.  The motion contains a certificate of service to appellees, who have not opposed the motion.  We, therefore, grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM